# RAMÓN ROSALES

## The Law Offices of Ramón Rosales, Jr., P.C.

January 17, 2020

Hon. Judge Rodriguez
United States District Court
Of Southern District of Texas
Brownsville Division

**RE: Civil Action No. 1:18-CV-00125; Emilio Medrano vs Wal-Mart Stores Texas, L. L. C.;**
**United States District Court of Southern District of Texas Brownsville Division**

Dear Judge Rodriguez,

Please be advised that the above referenced matter was mediated on August 22, 2019 and

all matters in controversy between the parties have been resolved.

The parties will be submitting a notice of settlement.

Thank you for your kind consideration.

Very Truly Yours,

*LAW OFFICES OF RAMÓN ROSALES, JR., P.C.*

*RAMÓN ROSALES, JR.*
Attorney At Law

cc: jdrabek@dawray.com
    acedillo@dawray.com
    mlperezattorney@gmail.com