United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EMILIO MEDRANO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-125 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On February 12, 2020, the parties filed Joint Stipulation of Dismissal (Doc. 37), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The voluntary dismissal was with prejudice.

The Clerk's Office is directed to terminate this case.

SIGNED this 13th day of February, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge